UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 23-01203-CJC (KESx)                                  Date: October 5, 2023

Title: <u>SHENGNAN LIU v. ALEJANDRO MAYORKAS, *et al.*</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Rolls Royce Paschal</u>                                           <u>     N/A     </u>
Deputy Clerk                                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                         None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED**

     In this case, Plaintiff sought expedient adjudication of her I-485 petition. (*See* Dkt. 1 [Compl.].) On October 5, 2023, the government filed a notice of mootness of action informing the Court that Plaintiff has received the relief sought in her complaint. (Dkt. 12 [Notice].) Accordingly, Plaintiff is **ORDERED** to show cause as to why this case should not be dismissed as moot. Plaintiff shall file a response to this order by **October 12, 2023.** A notice of voluntary dismissal and proposed order dismissing the case shall discharge this order.

lat
MINUTES FORM 11
CIVIL-GEN                                                                               Initials of Deputy Clerk RRP