UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

Case No. SACV 23-01203-CJC (KESx)　　　　　　　　　　Date: October 19, 2023

Title: SHENGNAN LIU v. ALEJANDRO MAYORKAS, *et al.*

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Rolls Royce Paschal　　　　　　　　　　N/A
Deputy Clerk　　　　　　　　　　　　　Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:

None Present　　　　　　　　　　　　None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING CASE AS MOOT**

　　In this case, Plaintiff sought expedient adjudication of her I-485 petition. (*See* Dkt. 1 [Compl.].) On October 5, 2023, the government filed a notice of mootness of action informing the Court that Plaintiff has received the relief sought in her complaint. (Dkt. 12 [Notice].) Based on this notice, the Court issued an order to show cause why this case should not be dismissed. (Dkt. 13.) The Court directed Plaintiff to respond by October 12, 2023, but now a week past that deadline, Plaintiff has not responded. Given Plaintiff's lack of response or objection and the government's evidence demonstrating that Plaintiff's claim is moot, the Court **DISMISSES** Plaintiff's complaint and directs the clerk to close this case.

lat
MINUTES FORM 11
CIVIL-GEN　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk RRP